Certificate Number: 12178-ILN-DE-027043620

Bankruptcy Case Number: 16-00574



12178-ILN-DE-027043620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2016, at 8:12 o'clock PM CST, Richard M Vengazo completed a course on personal financial management given by internet by Marilyn O. Marshall, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   March 2, 2016                By:   /s/Scott E Kehiaian

Name:   Scott E Kehiaian

Title:   Instructor